STATE OF NEW JERSEY v. WALTER DUNHAM.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH WALKER.

March 21, 1989.

Petition for certification denied.

CHARLES D'ARRIGO v. NEW JERSEY STATE BOARD OF MEDI-ATION AND BERGEN COUNTY UTILITIES AUTHORITY.

March 21, 1989.

Petition for certification granted. (See 228 *N.J.Super.* 189).

RYDER/P.I.E. NATIONWIDE, INC. v. HARBOR BAY CORPORA-TION, INC.

March 21, 1989.

Petition for certification granted.